```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR258 |
| v. ) | |
| ) | |
| BENJAMIN RODRIGUEZ, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 31 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge