```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>BENJAMIN RODRIGUEZ, )<br>)<br>        Defendant. )<br>) | 8:05CR258<br><br>ORDER |

   IT IS ORDERED:

   Defendant's motion for modification of release conditions, filing 31, is granted as set forth in the motion.

   DATED this 11th day of January, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge