IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:05CR258 |
| Plaintiff, ) | |
| ) | |
| vs ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| BENJAMIN RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

I have received a submission from Ms. Bunjer's regarding her dealings with the probation officer and the basis for the drug quantity stipulation in the plea agreement. (See filings 40, 41 and 42.)   I have also solicited and received, on February 22, 2006, the response of USPO Voss to Ms. Bunjer's submission.

This matter is now ripe for decision, but I want to hear the lawyers orally before I decide whether to adopt the plea agreement and whether to sustain the defendant's objection to the presentence report.   Therefore,

   IT IS ORDERED that:

1.   Attached is USPO Voss' response to Ms. Bunjer's submission which shall be filed in the court file.

2.   Sentencing in this case is rescheduled for Thursday, March 9, 2006, at 1:30 p.m.   The defendant must, of course, be present.

February 24, 2006                         BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge